IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JERAMIE A. MCCULLEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-CV-00347-DGK ) |
| UNION PACIFIC RAILROAD COMPANY, | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (Doc. 63) is GRANTED.


March 10, 2022            Paige Wymore-Wynn
Dated            Clerk of Court

April 14, 2022            /s/ Tracy Strodtman
Entered            (by) Deputy Clerk